Case 14-14355-elf    Doc 68    Filed 08/28/17    Entered 08/28/17 10:20:59    Desc Main
Document    Page 1 of 1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Deborah M. Bey<br>                      Debtor | CHAPTER 13 |
| JPMorgan Chase Bank, National Association<br>                      Movant<br>    vs. | |
| Deborah M. Bey         Debtor | NO. 14-14355 ELF |
| Thermon O. Dooley, Jr.    Co-Debtor | |
| William C. Miller         Trustee | 11 U.S.C. Sections 362 and 1301 |

### **CERTIFICATE OF SERVICE**

I, Matteo S. Weiner, attorney for Movant, do hereby certify that true and correct copies of the foregoing "MOTION OF JPMORGAN CHASE BANK, NATIONAL ASSOCIATION FOR RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362 AND THE CODEBTOR STAY UNDER SECTION 1301" and "NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE" have been served on August 24, 2017, by first class mail, and/or electronically upon those listed below:

Debtor
Deborah M. Bey
109 Plowshare Road
Norristown, PA 19403

Co-Debtor
Thermon O. Dooley, Jr.
109 Plowshare Road
Norristown, PA 19403

Attorney for Debtor
Georgette Miller, Esq.
335 Evesham Avenue
Lawnside, NJ 08045

Trustee
William C. Miller, Esq.
111 S. Independence Mall (VIA ECF)
Suite 583
Philadelphia, PA 19106

Office of the US Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Date: August 24, 2017

*/s/Matteo S. Weiner, Esquire*
Matteo S. Weiner, Esquire
Main Phone #: 215-627-1322
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
Phone: (215) 627-1322 Fax: (215) 627-7734
Attorneys for Movant/Applicant