# THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Deborah M. Bey : | |
| : | BK. No. 14-14355 |
| : | |
| Debtor : | Chapter No. 13 |
| : | |

## CERTIFICATION OF NO RESPONSE

       I, the undersigned, certify that, having served or caused to be served, a copy of the Modified Plan filed on August 6, 2018, as shown in the Certification of Service filed in this matter, that more than 20 days have passed and that I have received no response, either oral or written, as of this date.

       I respectfully request that the Court enter the attached Order.

Dated: September 4, 2018

/s/ Michelle Lee
Michelle Lee, Esq.
Law Offices of Georgette Miller, Esq.,P.C
119 S. Easton Rd
Glenside, PA 19038
Attorney for Debtors

{00325765;v1}