United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 14-14355-elf
Deborah M. Bey                                                          Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Randi           Page 1 of 1          Date Rcvd: Oct 10, 2018
                           Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 12, 2018.
db             +Deborah M. Bey,    109 Plowshare Road,    Norristown, PA 19403-2626

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2018                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 10, 2018 at the address(es) listed below:
          BRIAN CRAIG NICHOLAS    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           bnicholas@kmllawgroup.com,  bkgroup@kmllawgroup.com
          GEORGETTE MILLER    on behalf of Debtor Deborah M. Bey info@georgettemillerlaw.com,
           georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
           rlaw.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemi
           llerlaw.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                    TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | **:** | **Chapter 13** |
| **DEBORAH M. BEY,** | **:** | |
| **Debtor** | **:** | **Bky. No.  14-14355 ELF** |

# O R D E R

    **AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan ("the

Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

    It is hereby **ORDERED** that:

1.  The Motion is **GRANTED**.

2.  The Debtor's Amended Chapter 13 Plan (Doc. #83 ) is **APPROVED**.

**Date: October 10, 2018**
                                          **ERIC L. FRANK**
                                          **U.S. BANKRUPTCY JUDGE**