Certificate Number: 15317-PAE-DE-033361585

Bankruptcy Case Number: 14-14355



15317-PAE-DE-033361585

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 7, 2019</u>, at <u>7:14</u> o'clock <u>AM PDT</u>, <u>Deborah M Bey</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>September 7, 2019</u>            By:   <u>/s/Jerry Fajardo</u>

                                                   Name:  <u>Jerry Fajardo</u>

                                                   Title:  <u>Counselor</u>