```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
In re:                                                              Case No. 14-14355-elf
Deborah M. Bey                                                      Chapter 13
          Debtor
                              CERTIFICATE OF NOTICE
District/off: 0313-2       User: Randi              Page 1 of 2            Date Rcvd: Oct 18, 2019
                           Form ID: 138NEW          Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2019.
db             +Deborah M. Bey,    109 Plowshare Road,    Norristown, PA 19403-2626
13361160       +ALTAIR OH XIII, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
13318725       +Chase,    Po Box 24696,   Columbus, OH 43224-0696
13318726       +Citi,    Po Box 6241,   Sioux Falls, SD 57117-6241
13318729       +Ford Cred,    Po Box Box 542000,    Omaha, NE 68154-8000
13318732       +J. Scott Watson, P.C.,    24 Regency Plaza,    Glen Mills, PA 19342-1001
13839180       +JPMorgan Chase Bank N.A.,    c/o Thomas Puleo, Esq.,    KML Law Group PC,
                 701 Market St., Ste. 5000,    Phila., PA 19106-1541
13497554       +JPMorgan Chase Bank NA,    Chase Records Ctr.,    Attn: Correspondence Mail,    Mail Code LA4-5555,
                 700 Kansas Lane,    Monroe, LA 71203-4774
13324400       +JPMorgan Chase Bank NA,    c/o Joshua I. Goldman, Esq.,    KML Law Group PC,
                 701 Market St., Ste. 5000,    Phila., PA 19106-1541
13497515       +JPMorgan Chase Bank, N.A.,    3415 Vision Drive,    OH4-7142,   Columbus, OH 43219-6009
13318734       +Profess Acct,    633 W Wisconsin Av,    Milwaukee, WI 53203-1918
13318735       +Sears/Cbna,    Po Box 6283,   Sioux Falls, SD 57117-6283
13318736       +Thd/Cbna,    Po Box 6497,   Sioux Falls, SD 57117-6497
13318737       +Trumark Financial Cu,    1000 Northbrook Dr,    Trevose, PA 19053-8430
13318738       +Weichert Financial Srv,    225 Littlton Rd,    Morris Plains, NJ 07950-2932
13367237        Wells Fargo Bank, N.A.,    PO Box 10438,    Des Moines, IA 50306-0438
13335109        Wells Fargo Bank, N.A.,    P.O. Box 19657,    Irvine, CA 92623-9657
13318739       +Wfds,    Po Box 1697,   Winterville, NC 28590-1697
13318740       +Wffnatbank,    Po Box 94498,   Las Vegas, NV 89193-4498
13318741       +Zale/Cbna,    Po Box 6497,   Sioux Falls, SD 57117-6497

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Oct 19 2019 03:46:59     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 19 2019 03:45:57
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 19 2019 03:46:28     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13318727       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 19 2019 03:45:23     Comenity Bank/Vctrssec,
                 220 W Schrock Rd,    Westerville, OH 43081-2873
13318728       +E-mail/Text: collections@drexel.edu Oct 19 2019 03:45:24     Drexel University,
                 3141 Chestnut Street,    Philadelphia, PA 19104-2875
13318730       +E-mail/PDF: gecsedi@recoverycorp.com Oct 19 2019 03:52:37     Gecrb/Care Credit,
                 Po Box 965036,    Orlando, FL 32896-5036
13318731       +E-mail/PDF: gecsedi@recoverycorp.com Oct 19 2019 03:53:07     Gecrb/Sams Club,    Po Box 965005,
                 Orlando, FL 32896-5005
13318733       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 19 2019 03:45:22     Mandees,
                 401 Hackensack Ave,    Hackensack, NJ 07601-6411
13503477       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 19 2019 03:45:57
                 Pennsylvania Department of Revenue,    Fourth and Walnut Streets,
                 First Floor, Strawberry Square,    Dept. 280946,    Harrisburg, PA 17128-0001
13362840        E-mail/Text: bnc-quantum@quantum3group.com Oct 19 2019 03:45:27
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
                                                                                               TOTAL: 10

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Wells Fargo Bank, N.A.,    PO Box 10438,    Des Moines, IA 50306-0438
                                                                                         TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2019                                    Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Randi                 Page 2 of 2               Date Rcvd: Oct 18, 2019
                              Form ID: 138NEW             Total Noticed: 30
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2019 at the address(es) listed below:

```
          BRIAN CRAIG NICHOLAS    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
          GEORGETTE MILLER    on behalf of Debtor Deborah M. Bey info@georgettemillerlaw.com,
           georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
           rlaw.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemi
           llerlaw.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          TRANG V TRUONG    on behalf of Creditor    Wells Fargo Bank, N.A. trangtruong@wellsfargo.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 10
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Deborah M. Bey
      Debtor(s)                                 Bankruptcy No: 14−14355−elf
                                                  Chapter: 13

_____

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                    900 Market Street
                        Suite 400
                 Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                               For The Court
                                               Timothy B. McGrath
                                                Clerk of Court

Dated: 10/18/19

                                                                    113 − 112
                                                                 Form 138_new